# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LOREN BUTLER, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. CIV-24-1014-CMS |
| MARTIN O'MALLEY, Commissioner of Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Chris M. Stephens entered October 3, 2024 [Doc. No. 6]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED. Plaintiff's Application for Leave to File Action Without Payment of Fees, Costs, or Security with Affidavit of Financial Status in Support [Doc. No. 2] is DENIED. Plaintiff is directed to pay the full filing fee in the amount of $405.00 within twenty-one days from the date of this Order or this matter will be dismissed without prejudice.

IT IS SO ORDERED this 5th day of November, 2024.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE